IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

          v.            Case No. 05-30001-001

STEVEN WILLARD                                              DEFENDANT

## O R D E R

Now on this 30th day of August, 2005, come on for consideration defendant's **Application To Proceed Without Prepayment Of Fees** (document #34) and **Motion And Affidavit For Permission To Appeal In Forma Pauperis** (document #35). These documents indicate that defendant is currently incarcerated and without income, but also indicate that he has already paid an attorney $15,000 "for representation in both the State criminal proceedings and the federal proceedings that are the subject of this appeal." This statement calls into question which of the benefits of **28 U.S.C. §1915** defendant seeks to obtain. The Court will, therefore, set this matter down for hearing on the pending motions.

**IT IS THEREFORE ORDERED** that the pending motions will be heard at 11:00 a.m., September 26, 2005, in the United States Courthouse, 402 North Walnut, Room 238, Harrison, Arkansas.

**IT IS SO ORDERED.**

                                    /s/ Jimm Larry Hendren
                                    **JIMM LARRY HENDREN**
                                    **UNITED STATES DISTRICT JUDGE**

AO72A
(Rev. 8/82)